# DIVIDENDS REMITTED TO THE COURT

Check Number 111 Dated 03/16/11
Case Number 10-15824 - FERRELL, CHERI E.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000005 | 45.12 | 3.74 |
| ---------- Remittance Total --------------- | | 45.12 | 3.74 |

*Ck # 111*
*Rcpt # 152047*

_____

DAVID O. SIMON, TRUSTEE

[Stamp: 2011 MAR 17 AM 11:50 — NORTHERN DISTRICT OF OHIO CLEVELAND]